RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1/31/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEVEN PRIMM | CIVIL ACTION NO. 10-0354 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 22], adopted herein, and, after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 31 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE